UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE ISRAEL SANCHEZ,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br><br>T. CISNEROS, Warden, et al.,<br><br>　　　　　　　　　Respondents. | Case No.:  3:22-cv-1159-CAB-MDD<br><br>**ORDER REQUIRING FILING OF MOTION TO DISMISS AND ISSUING BRIEFING SCHEDULE** |

　　　On August 8, 2022, this Court issued an order granting Petitioner's application to proceed *in forma pauperis* and notifying Petitioner regarding the possible dismissal of his petition for failure to exhaust state court remedies (hereinafter "the Notice").  [Doc. No. 3.]  The Notice ordered Petitioner to choose one of four options to avoid dismissal of his petition.  *Id.*  On September 15, 2022, Petitioner filed a response to the Notice.  [Doc. No. 4.]  However, the response failed to advise the Court which option Petitioner chooses.  On September 19, 2022, this Court issued an order giving Petitioner until November 10, 2022, to choose one of the four options and file the appropriate pleading.  [Doc. No. 5.]

1

On September 28, 2022, Petitioner filed a second response to the Notice, and stated that he chooses Option 1. [Doc. No. 6 at 2, ll. 17-18.] Thus, Petitioner has represented (without further evidence) that he has in fact exhausted the claims the Court has determined are likely unexhausted. On November 2, 2022, Respondent filed a reply arguing, with evidentiary support, that Petitioner has not exhausted any of his claims with the California Supreme Court. [Doc. Nos. 9 and 10.] Respondent also contends that the petition is untimely. [Doc. No. 9 at 3, n. 1.]

Given the reply filed by Respondent, it appears that Respondent contends that the Petition can be decided without the Court's reaching the merits of Petitioner's claims. Accordingly, the Court **HEREBY ORDERS**:

1. Respondent shall file a motion to dismiss pursuant to Rule 4 of the Rules Governing §2254 Cases no later than **November 18, 2022**. The motion to dismiss shall not address the merits of Petitioner's claims, but rather shall address all grounds upon which Respondent contends dismissal without reaching the merits of Petitioner's claims is warranted.[1] At the time the motion to dismiss is filed, to the extent Respondent has not already done so, Respondent shall lodge with the Court all records bearing on Respondent's contention in this regard. A hearing date is not required for the motion to dismiss.

2. Petitioner shall file any opposition to the motion to dismiss by **December 20, 2022.** At the time the opposition is filed, Petitioner shall lodge with the Court any records not lodged by Respondent which Petitioner believes may be relevant to the Court's determination of the motion.

3. Respondent may file any reply to the opposition by **January 3, 2023**. If the

---

[1] If Respondent contends Petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, the motion to dismiss shall also specify the state remedies still available to Petitioner.

motion to dismiss is denied, the Court will afford Respondent adequate time to respond to Petitioner's claims on the merits.

**IT IS SO ORDERED.**

Dated:  November 4, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge